# SCHEDULE A

**<u>SCHEDULE A</u>**

<u>AUTHORITY FOR THE TAKING</u>

      The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved December 27, 2020, as Public Law 116-260, div. F, tit. II, 134 Stat. 1452, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain border barrier, including gates and power to operate such gates as well as roads that will be required to construct, operate, and maintain the border barrier.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-6078
Owner: David Domingo Porras and Juan Jose Porras, et al
Acres: 0.546

**Being** a 0.546 of one acre (23,790 square feet) parcel of land, more or less, being out of the Pedro Lugo Survey, Abstract No. 126, Porción 74, Starr County, Texas, and being out of a called 5.88 acre tract conveyed to David Domingo Porras and Juan Jose Porras by Special Warranty Deed recorded in Volume 990, Page 500, Official Records of Starr County, Texas (Tract One: Share 10) and being the same tract of land conveyed to Martina Olivarez Martinez by Final Decree of Partition recorded in Volume 157, Page 1, Deed Records of Starr County, Texas (Share 10), said parcel of land being more particularly described by metes and bounds as follows;

**Commencing** at a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "POC RGV-RGC-6005-3 6017-1 6078", said point being at the north corner of the 5.88 acre tract, the west corner of a called 34.49 acre tract conveyed to Starr Produce Company by Correction Deed recorded in Volume 657, Page 717, Official Records of Starr County, Texas (Share 11-A) and the east corner of a called 11.94 acre tract conveyed to Manuel Sepulveda by Special Warranty Deed with Vendor's Lien recorded in Instrument No. 2019-349363, Official Records of Starr County, Texas (Tract I), said point having the coordinates of N=16658498.216, E=857634.807, said point bears S 55°24'02" E, a distance of 2474.83' from United States Army Corps of Engineers Control Point No. 211;

**Thence:** S 38°24'27" E (S 38°47'00" E, Record), with the northeast line of the 5.88 acre tract and the southwest line of the 34.49 acre tract, for a distance of 856.15' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6005-3-1=6078-1" for the **Point of Beginning** and north corner of Tract RGV-RGC-6078, said point being in the northeast line of the 5.88 acre tract and the southwest line of the 34.49 acre tract, said point having the coordinates of N=16657827.328, E=858166.690;

**Thence:** S 38°24'27" E (S 38°47'00" E, Record), continuing with the northeast line of the 5.88 acre tract and the southwest line of the 34.49 acre tract, passing at 89.68' the south corner of the 34.49 acre tract and the west corner of a called 20.81 acre tract conveyed to David Domingo Porras and Juan Jose Porras by Special Warranty Deed recorded in Volume 990, Page 500, Official Records of Starr County, Texas (Tract One: Share 1-B), continuing for a total distance of 203.42' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6017-1-8=6078-2" for the east corner of Tract RGV-RGC-6078, said point being in the northeast line of the 5.88 acre tract and the southwest line of the 20.81 acre tract;

**Thence:** S 41°04'20" W, departing the southwest line of the 20.81 acre tract, over and across the

5.88 acre tract, for a distance of 118.95' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6017- 3=6078-3" for the south corner of Tract RGV-RGC-6078, said point being in the southwest line of the 5.88 acre tract and the northeast line of a called 13.62 acre tract conveyed to David Domingo Porras, Jr. and Juan Jose Parras (Undivided 1/2 Interest) by Probate Cause No. PR-99-51 (Parcel #4: Share 9);

**Thence:** N 38°24'26" W (N 39°21'00" W, Record), with the southwest line of the 5.88 acre tract and the northeast line of the 13.62 acre tract, for a distance of 203.42' to a set 5/8" rebar with an MDS LAND SURVEYING aluminum disk capped survey marker stamped with the following description: "RGV-RGC-6017-2=6078-4" for the west corner of Tract RGV-RGC-6078, said point being in the southwest line of the 5.88 acre tract and the northeast line of the 13.62 acre tract;

**Thence:** N 41°04'20" E, departing the northeast line of the 13.62 acre tract, over and across the 5.88 acre tract, for a distance of 118.95' to the **Point of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



| LINE | BEARING | DISTANCE | REC-BEARING | REC-DISTANCE |
|---|---|---|---|---|
| L1 | S 55'24'02" E | 2474.83' | N/A | N/A |
| L2 | S 38'24'27" E | 856.15' | S 38'47'00" E | N/A |
| L3 | S 38'24'27" E | 203.42' | S 38'47'00" E | N/A |
| L4 | S 41'04'20" W | 118.95' | N/A | N/A |
| L5 | N 38'24'26" W | 203.42' | N 39'21'00" W | N/A |
| L6 | N 41'04'20" E | 118.95' | N/A | N/A |

COORDINATE TABLE

| MONUMENT No. | NORTHING | EASTING | MONUMENT NAME |
|---|---|---|---|
| 1 | 16657827.328 | 858166.690 | RGV-RGC-6005-3-1-6078-1 |
| 2 | 16657667.926 | 858293.064 | RGV-RGC-6017-1-8=6078-2 |
| 3 | 16657578.252 | 858214.913 | RGV-RGC-6017-1-6078-3 |
| 4 | 16657737.655 | 858088.540 | RGV-RGC-6017-2=6078-4 |
| 5 | 16658498.216 | 857634.807 | POC RGV-RGC-6005-3 6017-1 6078 |

NOTES:

1. THE BEARINGS, DISTANCES, AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD83(2011), TX SOUTH ZONE (4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING THE TXDOT COUNTY PUBLISHED COMBINED SCALE FACTOR OF 1.000040000 (E.G. GRID X 1.000040000 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THE SQUARE FOOTAGE TOTAL RECITED HEREIN IS BASED ON MATHEMATICAL CALCULATIONS AND SUBJECT TO THE RULES OF ROUNDING AND SIGNIFICANT NUMBERS.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND IS NOT BASED ON FIELD DIMENSIONS.
5. FIELD SURVEY COMPLETED 12/09/2019.
6. THIS SURVEY WAS PREPARED WITHOUT THE BENEFIT OF A TITLE COMMITMENT.
7. MDS LAND SURVEYING COMPANY, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS A SUBCONSULTANT TO B&F ENGINEERING, INC., THE PRIME CONSULTANT. THE CORPS' CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-1143.



**LAND SURVEYING COMPANY, INC.**

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC

TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7296 SIDNEY BAKER - KERRVILLE, TX 78028 - 830-816-1818

| | | | |
|---|---|---|---|
| **METES & BOUNDS SURVEY** | | | |
| **DAVID D. PORRAS, ET AL** | | | |
| **TRACT No. RGV-RGC-6078** | | | |
| STARR COUNTY | | | TEXAS |

| Mark | Description | Date | Appr. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

CONTRACT NO.: W9126G-14-D-0013
T.O.: W45XMA61577967D001

| | BY | DATE |
|---|---|---|
| Drawn | TPA | 12/19 |
| Checked | LMK | 12/19 |
| Surveyor | JDB | 12/19 |
| Fld.Bk. # | | |

TEXAS LICENSED SURVEYING FIRM
B&F ENGINEERING, INC.
NO. 10193142



**B&F**
**ENGINEERING, INC.**
605 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6559
(EMAIL) info@bnfeng.com



US Army Corps of Engineers

MDS PROJ. NO. 18-200-00      FILE NAME: RGV-RGC-6078      DATE: 12/20/2019

**1**
DAVID DOMINGO PORRAS
& JUAN JOSE PORRAS
CALLED 5.88 ACRES
SPECIAL WARRANTY DEED
VOL. 990, PG. 500 ORSC
(TRACT ONE: SHARE 10)
REMAINING AREA NORTH: 2.333 ACRES
REMAINING AREA SOUTH: 3.000 ACRES

**2**
DAVID DOMINGO PORRAS
& JUAN JOSE PORRAS
CALLED 18.32 ACRES
SPECIAL WARRANTY DEED
VOL. 990, PG. 500 ORSC
(TRACT THREE: SHARE 8)

JESUS PORRAS, JR.
MANUEL PORRAS,
DOMINGO P. PORRAS,
NATIVIDAD PORRAS,
JUAN J. PORRAS
& FRANCISCO PORRAS
AFFIDAVIT OF HEIRSHIP
VOL. 431, PG. 398 DRSC

**3**
BOONE LaGRANGE
& WILMA W. LaGRANGE
CALLED 14.27 ACRES
TRUSTEE'S DEED
VOL. 1053, PG. 171 ORSC
(TRACT No. 3: SHARE 5–A)

**10**
ANA LUCIA CANTU
& EFREN GARCIA CANTU
CALLED 11.80 ACRES
SPECIAL WARRANTY DEED
W/ VENDOR'S LIEN
INST. No. 2019–352113 ORSC

**13**
BOONE LaGRANGE
& WILMA W. LaGRANGE
CALLED 1.11 ACRES
PRIVATE ROADWAY EASEMENT
VOL. 505, PG. 119 ORSC

**14**
BOONE LaGRANGE
& WILMA W. LaGRANGE
CALLED 29.72 ACRES
TRUSTEE'S DEED
VOL. 1053, PG. 171 ORSC
(TRACT No. 2: SHARE 3–A)

**11**
RENE SEPULVEDA
CALLED 41.27 ACRES
SPECIAL WARRANTY DEED
W/ VENDOR'S LIEN
INST. No. 2019–349359 ORSC
(TRACT I)

**12**
RENE SEPULVEDA,
RAMIRO PENA SARABIA,
JUAN INDALECIO GARCIA,
MANUEL SEPULVEDA,
ANA LUCIA CANTU
& EFREN GARCIA CANTU
CALLED 4.90 ACRES
50.00 FOOT ROAD EASEMENT
INST. No. 2019–349359 ORSC
INST. No. 2019–349361 ORSC
INST. No. 2019–349363 ORSC
INST. No. 2019–349502 ORSC
INST. No. 2019–352113 ORSC

**6**
STARR PRODUCE COMPANY
CALLED 34.49 ACRES
CORRECTION DEED
VOL. 657, PG. 717 ORSC
(SHARE 11–A,U)

**5**
JUAN INDALECIO GARCIA
CALLED 10.92 ACRES
SPECIAL WARRANTY DEED
W/ VENDOR'S LIEN
INST. No. 2019–349502 ORSC
(TRACT I)

**4**
DAVID DOMINGO PORRAS
& JUAN JOSE PORRAS
CALLED 20.81 ACRES
SPECIAL WARRANTY DEED
VOL. 990, PG. 500 ORSC
(TRACT ONE: SHARE 1–B)

**3**
MARIA SOLEDAD GARCIA
& SALVADOR GARCIA, III
CALLED 5.00 ACRES
DEED OF GIFT
VOL. 1007, PG. 644 ORSC
(FOURTH TRACT: SHARE 4–A)

**8**
RAMIRO PENA SARABIA
CALLED 18.99 ACRES
SPECIAL WARRANTY DEED
W/ VENDOR'S LIEN
INST. No. 2019–349361 ORSC
(TRACT I)

**9**
DAVID DOMINGO PORRAS JR.
& JUAN JOSE PORRAS
(UNDIVIDED ½ INTEREST)
CALLED 13.62 ACRES
PROBATE CAUSE No. PR–99–51
(PARCEL #4)

**10**
MANUEL SEPULVEDA
CALLED 11.94 ACRES
SPECIAL WARRANTY DEED
W/ VENDOR'S LIEN
INST. No. 2019–349363 ORSC
(TRACT I)

**12**
JOSE LUIS GARCIA
CALLED 11.51 ACRES
SPECIAL WARRANTY DEED
W/ VENDOR'S LIEN
INST. No. 2019–349500 ORSC

**17**
MARTIN PORRAS
CALLED 7.73 ACRES
CERTIFIED COPY OF DEGREE
VOL. 52, PG. 4 ORSC
(SHARE No. 34, TRACT 88)

**MDS LAND SURVEYING COMPANY, INC.**
ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7295 SIDNEY BAKER · KERRVILLE TX 78028 · 830-816-1818

Drawing Ref. No.
SHEET 5 OF 6

**METES & BOUNDS SURVEY**
**DAVID D. PORRAS, ET AL**
**TRACT No. RGV-RGC-6078**
STARR COUNTY                          TEXAS

| Mark | Description | Date | Appr. |
|------|-------------|------|-------|

| | BY | DATE |
|--------|------|-------|
| Drawn | TPA | 12/19 |
| Checked | LMH | 12/19 |
| Surveyor | JDB | 12/19 |
| Fld.Bk. # | | |

CONTRACT NO.: W91270-14-D-0013
T.O.: W45XMA81S779970001

TEXAS GUIDED SURVEYS FMa
IM2 ENGINEERS, INC.
NO. 1215640



**B&F ENGINEERING, INC.**
920 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6054
(EMAIL) info@bnfeng.com

US Army Corps of Engineers



SCALE: 1" = 600'

0'      600'      1200'

PLAT SHOWING: A 0.546 OF ONE ACRE (23,790 SQUARE FEET) PARCEL OF LAND, MORE OR LESS, BEING OUT OF THE PEDRO LUGO SURVEY, ABSTRACT NO. 126, PORCIÓN 74, STARR COUNTY, TEXAS AND BEING OUT OF A CALLED 5.88 ACRE TRACT CONVEYED TO DAVID DOMINGO PORRAS AND JUAN JOSE PORRAS BY SPECIAL WARRANTY DEED RECORDED IN VOLUME 990, PAGE 500, OFFICIAL RECORDS OF STARR COUNTY, TEXAS (TRACT ONE: SHARE 10) AND BEING THE SAME TRACT OF LAND CONVEYED TO MARTINA OLIVAREZ MARTINEZ BY FINAL DECREE OF PARTITION RECORDED IN VOLUME 157, PAGE 1, DEED RECORDS OF STARR COUNTY, TEXAS (SHARE 10).

MIDWAY ROAD (PUBLIC)

PORRAS BROS. RD. (PRIVATE)

POC

POB

PORCIÓN 73
PORCIÓN 74
PORCIÓN 74
PORCIÓN 75

IRF
IRF
IRF
IPF
IPF
IPF
IRF
IRF
CS
CS

RGV-RGC-6078
RGV-RGC-6001
RGV-RGC-3
RGV-RGC-6017-1
RGV-RGC-6017
RGV-RGC-6017
RGV-RGC-6077
RGV-RGC-6016
RGV-RGC-6076
RGV-RGC-6014
RGV-RGC-6015

RGV-RGC-6078 ALONG WITH MIDLINE 0.546 OF ONE ACRE

RID GRANDE

I, JEFF BOERNER, TEXAS REGISTERED PROFESSIONAL LAND SURVEYOR No. 4939, DO HEREBY CERTIFY THAT THIS BOUNDARY SURVEY WAS PREFORMED BY ME OR UNDER MY DIRECT SUPERVISION, THAT THIS SURVEY MEETS THE MINIMUM STANDARDS FOR SURVEYING IN THE STATE OF TEXAS, AS PROMULGATED BY THE TEXAS BOARD OF PROFESSIONAL LAND SURVEYORS.

JEFF BOERNER            R.P.L.S. # 4939

12/20/2019
DATE

STATE OF TEXAS
REGISTERED
JEFF BOERNER
4939
PROFESSIONAL
LAND SURVEYOR

## MDS LAND SURVEYING COMPANY, INC.

ALTA | BOUNDARY | CONSTRUCTION | OIL & GAS | TOPOGRAPHIC
TEXAS BOARD OF PROFESSIONAL LAND SURVEYING FIRM REGISTRATION No. 10019600
7298 SIDNEY BAKER · KERRVILLE, TX 78028 · 830-816-1818

|          | PARENT TRACT REMAINDERS |
|----------|-------------------------|
| [x]      | SEE SHEET 5             |
| CS       | COTTON SPINDLE          |
| IPF      | IRON PIPE FOUND         |
| IRF      | IRON ROD FOUND          |

METES & BOUNDS SURVEY
DAVID D. PORRAS, ET AL
TRACT No. RGV-RGC-6078
STARR COUNTY          TEXAS

Sheet Ref. No. SHEET 6 OF 6

| Mark | Description | Date | Appr. |  | BY | DATE |
|------|-------------|------|-------|--------|-----|------|
|      |             |      |       | Drawn  | TPA | 12/19 |
|      |             |      |       | Checked | LMK | 12/19 |
|      |             |      |       | Surveyor | JDB | 12/19 |
|      |             |      |       | Fid.Bk. # |  |  |

CONTRACT No: W9127G-14-D-0013
T.O.: W45XMA81577987D001

Texas License Surveying Firm
MP Engineering, Inc.
No. 1013542

B&F ENGINEERING, INC.
828 AIRPORT ROAD
HOT SPRINGS, AR 71913
(PH) 501-767-2366
(FAX) 501-767-6059
(EMAIL) info@bnfeng.com

U.S. Army Corps of Engineers

MDS PROJ. NO. 18-200-00      FILE NAME: RGV-RGC-6078      DATE: 12/20/2019

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

The estate acquired is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to the mineral interests of third parties; excepting and reserving to the Grantor all interests in minerals and appurtenant rights for the exploration, development, production and removal of said minerals; Reserving to the owners of the lands identified in conveyance Deed recorded on February 12, 2004, in the Starr County Clerk, Document No.2003-235810, Volume 990, page 500, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below; excepting and excluding all interests in water rights and water distribution and  drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.



**Legend**

Tracts

ParentTracts

January 16, 2024

# SCHEDULE F

## SCHEDULE F

ESTIMATE OF JUST COMPENSATION


The sum estimated as just compensation for the land being taken is SIX THOUSAND TWO HUNDRED FORTY DOLLARS AND NO/100 ($6,240.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
| --- | --- |
| **David Porras**<br><br>Rio Grande City, Texas<br><br>**Juan Porras**<br><br>Laredo, Texas | Final Decree of Partition, Document No. 1949-29235, recorded on April 9, 1949, in the Official Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1964-62546, recorded on October 20, 196, in the Official Public Records of Starr County, Texas.<br><br>Warranty Deed, Document No. 1981-109065, recorded on September 9, 1981, in the Official Public Records of Starr County, Texas.<br><br>Affidavit Of Inheritance from Jesus Porras Sr. and wife Eugenia R. Porras, Deceased, Document No. 1987-139733, recorded on September 29, 1987, in the Official Public Records of Starr County, Texas.<br><br>Last Will and Testament for the Estate of Manuel Porras, No. PR:99-51, recorded on January 16, 2001, in the Official Public Records of Starr County, Texas.<br><br>Special Warranty Deed, Document No. 2003-235810, recorded on February 12, 2004, in the Official Public Records of Starr County, Texas.<br><br>Affidavit of Heirship, Document No. 2008-275807, recorded on June 6, 2008, in the Official Public Records of Starr County, Texas. |

| | |
|---|---|
| **Linda Martinez Roskin**<br><br>Downington, PA ███ | Final Decree of Partition, Document No. 1949-29235, recorded on April 9, 1949, in the Official Public Records of Starr County, Texas. |
| **Raymond R. Martinez**<br><br>Austin, TX ███ | Affidavit of Heirship, Document No. 1997-191650, recorded on June 9, 1997, in the Official Public Records of Starr County, Texas. |
| **Gilbert D. Martinez**<br><br>Austin, TX ███ | |
| **Joel Gabriel Martinez**<br><br>Austin, TX ███ | Affidavit of Facts Concerning the Identity of Heirs, Document No. 2006-260604, recorded on October 31, 2006, in the Official Public Records of Starr County, Texas. |
| **Unknown Heirs/Devisees of Angelita Martinez**<br><br>**Reynaldo Roel Reyna**<br><br>Rio Grande City, TX ███ | Final Decree of Partition, Document No. 1949-29235, recorded on April 9, 1949, in the Official Public Records of Starr County, Texas.<br><br>Affidavit of Heirship, Document No. 1997-191650, recorded on June 9, 1997, in the Official Public Records of Starr County, Texas. |
| **Aminta A. Alaniz Reyna**<br><br>Rio Grande City, TX ███ | |
| **Anita Muñoz Reyna** – *Life Estate*<br><br>Rio Grande City, TX ███ | |
| **Raul Rolando Reyna Jr**<br><br>Rio Grande City, TX ███ | |
| **Unknown Heirs of Urbana Martinez** | Final Decree of Partition, Document No. 1949-29235, recorded on April 9, 1949, in the Official Public Records of Starr County, Texas.<br><br>Affidavit of Heirship, Document No. 1997-191650, recorded on June 9, 1997, in |

| | |
|---|---|
| | the Official Public Records of Starr County, Texas. |
| **Ruben Martinez**<br>███████████<br>Rio Grande City, ███ | Final Decree of Partition, Document No. 1949-29235, recorded on April 9, 1949, in the Official Public Records of Starr County, Texas.<br><br>Affidavit of Heirship, Document No. 1997-191650, recorded on June 9, 1997, in the Official Public Records of Starr County, Texas. |
| **Thelma C. Molina**<br>███████████<br>Rio Grande City, TX ███<br><br>**Iselda Alvarez**<br>███████████<br>Rio Grande City, TX ███<br><br>**Imelda Cruz**<br>███████████<br>Rio Grande City, TX ███ | Final Decree of Partition, Document No. 1949-29235, recorded on April 9, 1949, in the Official Public Records of Starr County, Texas.<br><br>Affidavit of Heirship, Document No. 1997-191650, recorded on June 9, 1997, in the Official Public Records of Starr County, Texas.<br><br>Affidavit of Heirship, Document No. 2019-347522, recorded on January 28, 2019, in the Official Public Records of Starr County, Texas. |
| **Unknown Heirs/Devisees of Arturo Olivarez Martinez**<br><br>**Patricia A Donnelly** – *Life Estate*<br>███████████<br>Hoboken, NJ ███<br><br>**Nora Martinez**<br>███████████<br>Hoboken, NJ ███<br><br>**Peter Arturo Martinez**<br>███████████<br>Rutherford, NJ ███ | Final Decree of Partition, Document No. 1949-29235, recorded on April 9, 1949, in the Official Public Records of Starr County, Texas.<br><br>Affidavit of Heirship, Document No. 1997-191650, recorded on June 9, 1997 in the Official Public Records of Starr County, Texas. |

| | |
|---|---|
| **Unknown Heirs/Devisees of Lisandro Martinez**<br><br>**Nelda Martinez**<br><br>Donna, TX ▮<br><br>**Veronica Trejo**<br>▮<br>Rio Grande City, TX ▮<br><br>**Lee Abel Martinez**<br>▮<br>Mission, TX ▮ | Final Decree of Partition, Document No. 1949-29235, recorded on April 9, 1949, in the Official Public Records of Starr County, Texas.<br><br>Affidavit of Heirship, Document No. 1997-191650, recorded on June 9, 1997 in the Official Public Records of Starr County, Texas. |
| **Shady H Hay & Seed, LLC**<br>Tenant Farmer<br>▮<br>Rio Grande City, TX ▮ | Farming and Hunting Lease to Shady H Hay & Seed, LLC dated March 1, 2024 |
| **Ameida Salinas**<br>**Starr County Tax Assessor Collector**<br>100 N FM 3167, Rm 201<br>Rio Grande City, Texas 78582 | **Account No. 20908** |