United States District Court
Southern District of Texas
FILED

JUL 08 2025

Nathan Ochsner, Clerk

United States District Court
Southern District of Texas
ENTERED
July 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| **Plaintiff,** | § |
| | § |
| VS. | § CIVIL ACTION NO. 7:25-CV-0188 |
| | § |
| 0.546 ACRES OF LAND, MORE OR LESS, *et al.*, | § |
| | § |
| **Defendants.** | § |

## REPORT AND RECOMMENDATION

The United States has filed this action for the taking of property under the power of eminent domain pursuant in part to Tile 40, United States Code, Section 3113 of the General Condemnation Act and the so-called "quick-take" procedures set forth in Title 40, United States Code, Section 3114 of the Declaration of Taking Act. (Dkt. No. 1). The property at issue is approximately 0.546 acres of land in Starr County, Texas (the "Property"), as more particularly described in schedules attached to the United States' complaint. (Dkt. No. 1-1). Generally, the United States seeks to take a fee simple interest in the Property for the purpose of constructing, operating, and maintaining a physical barrier near the U.S.-Mexico border. Named as defendants are 26 parties, known and unknown, who may have an interest in the Property. (Dkt. No. 8-1).

The United States has submitted notices of a *Disclaimer of Rights* (the "Disclaimers") (Dkt. Nos. 21, 22, 23, 24, 32, 33) with respect to several defendants, namely, the following: Anita Munoz Reyna; Raul Rolando Reyna, Jr.; Nelda Martinez; Veronica Trejo; Lee Abel Martinez; and Ameida Salinas, Starr County Tax Assessor-Collector (the "Disclaiming Defendants") (Dkt. Nos. 21-1, 22-1, 23-1, 24-1, 32-1, 33-1). Through each of the Disclaimers, which are all duly executed, the Disclaiming Defendants disclaim any "right, title, claim or interest" in the Property, as well as any

"right to the just compensation to be paid" for the Property. (*See, e.g.*, Dkt. No. 21-1). The Disclaiming Defendants further ask to be dismissed from this action. (*See, e.g., id.*). The United States joins in the Disclaiming Defendants' respective requests for dismissal. (*See, e.g.*, Dkt. No. 21). By way of a separate filing, the United States explains that the Property is owned and possessed by other named defendants. (*See* Dkt. Nos. 34, 34-1).

The matter over the Disclaimers has been referred to the undersigned Magistrate Judge for consideration pursuant to 28 U.S.C. § 636(b)(1).

Rule 71.1of the Federal Rules of Civil Procedure, concerning the condemnation of real property, provides that "[t]he court may at any time dismiss a defendant who was unnecessarily or improperly joined." Fed. R. Civ. P. 71.1(i)(2). Here, dismissal of the Disclaiming Defendants would appear to be appropriate in terms of Rule 71.1. By executing the Disclaimers, the Disclaiming Defendants indicate that they have no rights in the Property or rights to just compensation for the condemnation.

Accordingly, the Magistrate Judge RECOMMENDS that the District Judge ACCEPT the Disclaimers (Dkt. Nos. 21, 22, 23, 24, 32, 33) and that the Disclaiming Defendants (Dkt. Nos. 21-1, 22-1, 23-1, 24-1, 32-1, 33-1) be DISMISSED from this action, namely, the following: Anita Munoz Reyna; Raul Rolando Reyna, Jr.; Nelda Martinez; Veronica Trejo; Lee Abel Martinez; and Ameida Salinas, Starr County Tax Assessor-Collector.

### *Objections*

Within fourteen (14) days after being served a copy of this report, a party may serve and file specific, written objections to the proposed recommendations. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b). Failure to file written objections within fourteen (14) days after service shall bar an aggrieved party from de novo review by the court on an issue covered in this report and from

appellate review of factual findings accepted or adopted by the court, except on grounds of clear error or manifest injustice.

### *Directive to Clerk of Court*

The Clerk of Court is hereby DIRECTED to mail a copy of this report to the Disclaiming Defendants at the addresses listed on their Disclaimers.

DONE at McAllen, Texas this 8th day of July 2025.

_____
J. SCOTT HACKER
United States Magistrate Judge