UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 7:25-CV-00188 |
| § | |
| 0.546 ACRES OF LAND, MORE OR § LESS, *et al.*, § § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the July 8, 2025, Memorandum and Recommendation ("M&R") issued by Magistrate Judge J. Scott Hacker. (Dkt. No. 35). Judge Hacker made findings and conclusions regarding six notices of Disclaimer of Rights ("Disclaimers") filed by the United States. (Dkt. Nos. 21, 22, 23, 24, 32, 33). The Disclaimers were executed by the following Defendants (collectively, the "Disclaiming Defendants"):

1) Ameida Salinas, Starr County Tax Assessor-Collector, (Dkt. No. 21);

2) Lee Abel Martinez, (Dkt. No. 22);

3) Veronica Trejo, (Dkt. No. 23);

4) Nelda Martinez, (Dkt. No. 24);

5) Anita Munoz Reyna, (Dkt. No. 32); and

6) Raul Rolando Reyna, Jr., (Dkt. No. 33).

Judge Hacker recommended that this Court accept the Disclaimers and dismiss the Disclaiming Defendants from the case. (Dkt. No. 35 at 2).

The Parties received proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No objections were filed. As a result, review is for plain error only. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the Court's opinion. It is therefore ordered that:

(1) Judge Hacker's M&R, (Dkt. No. 35), is **ACCEPTED** and **ADOPTED** in its entirety as the Court's holding;

(2) The six Disclaimer of Rights, (Dkt. Nos. 21, 22, 23, 24, 32, 33), are **ACCEPTED**; and

(3) The following Defendants are **DISMISSED**:

    a. Ameida Salinas, Starr County Tax Assessor-Collector;

    b. Lee Abel Martinez;

    c. Veronica Trejo;

    d. Nelda Martinez;

    e. Anita Munoz Reyna; and

    f. Raul Rolando Reyna, Jr.

It is SO ORDERED.

Signed on July 24, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**