United States District Court
Southern District of Texas
**ENTERED**
April 01, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.  7:25-CV-000188 |
| | § | |
| 0.546 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATE IN STARR COUNTY, | § | |
| STATE OF TEXAS; AND DAVID | § | |
| DOMINGO PORRAS, *et al.*, | § | |
| *Defendants,* | § | |

## ORDER

The Court now considers the Parties' Joint Motion for Order Establishing Just Compensation, Distributing Funds on Deposit in the Registry of the Court, and Closing Case on 0.546 acres of land identified as Tract RGV-RGC-6078 ("Subject Property)." The Parties have agreed that the just compensation for the taking of a fee simple interest in Subject Property identified as Tract RGV-RGC-6078 is thirteen thousand dollars ($13,000.00) and now seek an order (1) disbursement of just compensation from the registry of the court  and (2) the closing of this case on the Court's docket.

### I.    BACKGROUND

1.    On April 22, 2025, the United States filed a Declaration of Taking for the condemnation of a fee simple interest in real property identified as Tract RGV-RGC-6078 ("Subject Property"). (Dkt. 2).

2.    On May 13, 2025, the United States deposited six thousand two hundred forty and 00/100 dollars ($6,240.00) (Dkt. 9) into the Registry of the Court as estimated just compensation, and upon said deposit, title to the Subject Property vested in the name of the United States by

operation of law.  On September 17, 2025, the United States made an additional deposit into the Registry of the Court in the amount of six thousand seven hundred sixty and 00/100 dollars ($6,760.00). (Dkt. No. 46). Accordingly, the total amount in the Registry of the Court is thirteen thousand and 00/100 dollars ($13,000.00).

3.     On July 1, 2025, the United States and the Defendants entered into an Agreement of Possession. (Dkt. No. 34).

4.     The Declaration of Taking acquired a fee simple interest in 0.546 acres of real property and identified Defendants as having an interest in the Subject Property. (Dkt. 2).

5.     On October 2, 2025, the Court determined the undivided ownership interest in the Subject Property are as follows: David Domingo Porras (50%) and Juan Jose Porras (50%).

## II.     STIPULATION AND JUDGMENT

6.     The Parties now agree and stipulate that the proper just compensation for Tract RGV-RGC-6078 in this action is thirteen thousand and 00/100 dollars ($13,000.00) and this is in full satisfaction of any claim of whatsoever nature by Landowner Defendant against the United States for the institution and prosecution of the above-captioned action. The Parties request a final judgment be entered against the United States in the amount of thirteen thousand and 00/100 dollars ($13,000.00) for Tract RGV-RGC-6078. Landowner Defendants warrant that (1) they are the sole owners of the Subject Property taken in this proceeding; (b) they have the exclusive right to the compensation, herein; excepting the interests of parties having liens, leases, encumbrances of record, and unpaid taxes and assessments, if any; and (c) that no other party is entitled to the same or any part thereof by reason of any unrecorded agreement.

7.     Based on the foregoing, the Court finds that because the Parties are in agreement about the amount of compensation, just compensation has been established. Final judgment is hereby entered against the United States in the amount of thirteen thousand dollars and 00/100 ($13,000.00) on deposit in the Registry of the Court, together with any accrued interest earned

thereon from the initial deposit date on May 13, 2025, to be disbursed as follows:

- **$6,500.00** to "David Domingo Porras" with accrued interest from date of deposit; and

- **$6,500.00** to "Juan Jose Porras" with accrued interest from date of deposit.

8.     This sum is in full satisfaction of any claims whatsoever by Landowner Defendants against the United States for the institution and prosecution of the above-captioned action. The total said sum of thirteen thousand dollars and 00/100 ($13,000.00) with accrued interest, shall be subject to all taxes, liens, encumbrances, and charges of whatsoever nature existing against the interests in the property taken in this proceeding at the time of vesting of title in the United States, and all such real estate taxes, liens, encumbrances, and charges of whatsoever nature shall be payable to and deductible from this amount. Landowner Defendants remain responsible for the payment of any additional taxes or assessments, which they otherwise owe on the interest in the property taken in this proceeding on the date of the taking.

9.     The Parties have further agreed, in the event that any other party is ultimately determined to have any right to receive compensation for the interest taken in the Subject Property, that Landowner Defendants shall refund to the Registry of the Court the compensation distributed herein, or such part thereof as the Court may direct, with interest thereon at an annual rate provided in 40 U.S.C. §3116 from the date of receipt of the respective deposit by Landowner Defendants to the date of repayment into the Registry of the Court.

10.     The Parties have also agreed that the Parties shall be responsible for their own legal fees, costs, and expenses, including attorneys' fees, consultants' fees, and any other expenses or costs. The Parties also agree that Defendants shall take no appeal from any rulings or judgments made by the Court in this action, and the Parties consent to the entry of all motions, order, and judgments necessary to accomplish their stipulated final judgment.

11.    Finally, the Parties have agreed that Defendants shall save and hold harmless the United States from all claims or liability resulting from any unrecorded leases or agreements affecting the interest in the property taken in this proceeding on the date of taking.

### III.    HOLDING

12.    The Court **ORDERS** the Clerk of Court to **DISBURSE** the total sum of thirteen thousand dollars and 00/100 ($13,000.00)**, along with any accrued interest earned thereon while on deposit**, payable by check as follows:

- **$6,500.00** to "David Domingo Porras" with accrued interest from date of deposit; and

- **$6,500.00** to "Juan Jose Porras" with accrued interest from date of deposit.

**IT IS HEREBY ORDERED** that this case be **DISMISSED** and **CLOSED** on the Court's docket.

**SO ORDERED** this ___31st___ day of ___March___, 2026.

_____
**HONORABLE DREW B. TIPTON**
United States District Judge

